

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause numbers:    01-16-00254-CR and 01-16-00255-CR

Style:    Marcellaus Hurts v. The State of Texas

Date motion filed*:    December 5, 2016

Type of motion:    Fourth Motion to Extend Time to File Brief

Party filing motion:    Appellant's counsel Melissa Martin

Document to be filed:    Appellant's Brief

Is appeal accelerated?    No.

If motion to extend time:

    Original due date:    September 12, 2016

    Number of extensions granted:    3    Current Due Date:  December 9, 2016

    Date Requested:    January 12, 2017 (122 days from original deadline)

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due:  January 12, 2017.

        ☑    No further extensions of time will be granted.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

    Because counsel's fourth extension contends that she needs additional time to complete appellant's brief because of, among other reasons, her health issues, this extension is **granted**, but **no further extensions will be granted** given the total length of time requested.  *See* TEX. R. APP. P. 10.5(b)(1)(C).  Accordingly, if appellant's brief is not filed by **January 12, 2017**, the Court will abate this appeal for a late-brief hearing.  *See id.* 38.8(b)(2).

Judge's signature: /s/ Laura Carter Higley
            ☒  Acting individually

Date: December 13, 2016